# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DAVID SUBLETT                                               PLAINTIFF

v.                       No. 4:17-cv-128-DPM

ALLMERICA FINANCIAL
BENEFIT INSURANCE CO.                                       DEFENDANT

## JUDGMENT

The amended complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 January 2018